**UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION**

OMER G. TSIMHONI,

    Plaintiff,

v.                                                                       Case No. 10-10308

MAYA EIBSCHITZ-TSIMHONI,

    Defendant.
                                                     /

## ORDER SETTING BRIEFING DEADLINES

On February 9, 2010, the court conducted a status telephone conference in the above-captioned matter. During the conference, the court and counsel for the parties discussed Defendant's motion for the appointment of a guardian ad litem. The court inquired as to when Plaintiff could file a response to the motion, and Plaintiff's counsel stated that she could do so within a matter of days. Plaintiff pointed out, however, that the response would be difficult to draft because Defendant has yet to answer the complaint. Defendant stated that he hoped to be able to file an answer today, but he indicated that the current snow emergency in Washington D.C., where defense counsel is located, may interfere with his ability to file the answer. Defense counsel anticipates that he will be able to file an answer within the next five days. Plaintiff's counsel then stated that she could file a response to Defendant's motion within forty-eight hours of the filing of Defendant's answer. Accordingly,

IT IS ORDERED that Defendant shall answer as soon as is practicable, which is likely to be within the next five days.

IT IS FURTHER ORDERED that Plaintiff shall respond to Defendant's motion for a guardian ad litem within forty-eight hours of the filing of Defendant's answer.

          s/Robert H. Cleland
          ROBERT H. CLELAND
          UNITED STATES DISTRICT JUDGE

Dated: February 10, 2010

I hereby certify that a copy of the foregoing document was mailed to counsel of record on this date, February 10, 2010, by electronic and/or ordinary mail.

          s/Lisa G. Wagner
          Case Manager and Deputy Clerk
          (313) 234-5522